# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

Bridget M. McCormack,
Chief Justice

161975

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MICHAEL H. BERNARDI,
      Plaintiff-Appellant,

v

SC: 161975
COA: 347134
Lapeer CC: 17-051096-NI

TONYA MELYNDA ROCK,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 18, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



Clerk

p0519